UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62139-CIV-ROSENBAUM/SELTZER

WILLIAM OLSON, *individually*; and
MAUREEN OLSON, *individually, and as
Trustee of the* James O. Wright Family Trust,
dated 9-28-04, Maureen Wright, Trustee,

    Plaintiffs,

v.

LIBERTY INTERNATIONAL FINANCIAL
SERVICES, INC., CHRISTOPHER ANZALONE,
and JEFFREY SCHULER,

    Defendants.
_____/

## FINAL JUDGMENT AFTER DEFAULT

This matter is before the Court on Plaintiffs' Motion for Entry of Final Judgment After Default [D.E. 29], filed on February 26, 2013.  On October 11, 2012, the Court dismissed the action pursuant to a settlement agreement reached among the parties.  D.E. 28.  In the order approving the settlement agreement, the Court explicitly retained jurisdiction to enforce the terms of the settlement.  *Id.*

On February 26, 2013, Plaintiffs filed this motion seeking entry of a default judgment against Defendants because Defendants have defaulted on their obligations under the settlement agreement.  D.E. 29, ¶ 3; D.E. 29-3.  When Defendants did not respond to Plaintiffs' Motion, the Court ordered Defendants to show cause by March 26, 2013, why Plaintiffs' Motion should not be granted.  Defendants have failed to respond to either Plaintiffs' Motion or the Court's show-cause order.

The Court has reviewed the Motion and affidavit of noncompliance [D.E. 29-3], the Parties'

Settlement Agreement [D.E. 29-1], and Plaintiff's Complaint, and is otherwise fully advised and informed in the matter. Upon consideration, it is **ORDERED and ADJUDGED** as follows:

1. The Court has jurisdiction over the parties.

2. Plaintiffs' Motion for Entry of Final Judgment After Default [D.E. 29] is **GRANTED**.

3. Plaintiffs William Olson and Maureen Olson shall recover from Defendant Liberty International Financial Services, Inc., **the sum of $1,573,710.26**[1] that shall bear interest at the legal rate from the date of this Final Judgment, for which let execution issue.

4. Plaintiffs William Olson and Maureen Olson, individually and as trustee of the James O. Wright Family Trust, dated 9-28-04, Maureen Wright, Trustee, shall recover from Defendants Christopher Anzalone and Jeffrey Schuler the principal amount of $866,786.34 and interest at the legal rate from October 19, 2010, in the amount of $110,236.21, for a subtotal of $977,022.55, less $120,000.00 paid by the Defendants pursuant to the terms of the Settlement Agreement before default, **for a total of $857,022.55**, that shall bear interest at the legal rate from the date of this Final Judgment, for which let execution issue.

5. The Court reserves jurisdiction to award Plaintiffs their reasonable attorney's fees and costs pursuant to Paragraph 10(b) of the Parties' Settlement Agreement.

6. In the event Defendants fail to comply with the terms of Paragraph 10(c) of the Parties' Settlement Agreement, the Court reserves jurisdiction to enter a Supplemental Final Judgment against the individual Defendants Christopher Anzalone and Jeffrey Schuler for treble damages for civil theft and for damages for all of the torts claims in the Complaint, less any amounts actually paid

---

[1]This amount is calculated as follows: the treble damages amount of $1,262,647.38 and additional principal amount of $431,062.88, less $120,000.00 paid by the Defendants pursuant to the terms of the Settlement Agreement before default.

3

or collected through other means, pursuant to Paragraph 10(b) of the Parties' Settlement Agreement.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 30th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record