UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62139-CIV-ROSENBAUM/HUNT

WILLIAM OLSON, individually; and MAUREEN OLSON, individually, and as trustee of the James O. Wright Family Trust, dated 9-28-04, Maureen Wright, Trustee;

    Plaintiffs,

v.

LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC., a Florida corporation; CHRISTOPHER ANZALONE, individually; and JEFFREY SCHULER, individually;

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR CLERK'S DEFAULT AGAINST GARNISHEE, LIBERTY INTERNATIONAL HOLDING CORPORATION**

Plaintiffs, WILLIAM OLSON, individually; and MAUREEN OLSON, individually, and as trustee of the James O. Wright Family Trust, dated 9-28-04, Maureen Wright, Trustee, by and through undersigned counsel and pursuant to Fla. Stat. §77.081, hereby move The Clerk of the Court to enter Default against Garnishee, Liberty International Holding Corporation, and in support thereof, state as follows:

    1.    On July 17, 2013, the Clerk of the Court issued a Writ of Garnishment, commending the Garnishee, Liberty International Holding Corporation, to serve its answer on the writ within 20 days after service of the writ. See, DE #40.

1

2. The writ of garnishment was served on garnishee, Liberty International Holding Corporation, on July 17, 2013. See, DE #56.

3. To date, Garnishee has failed to answer the writ of garnishment or serve any papers in response thereto.

4. Pursuant to Fla. Stat. §77.081(1), "[I]f the garnishee fails to answer as required, a default shall be entered against him or her."

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that the Clerk of the Court enter default against garnishee, Liberty International Holding Corporation, for failing to answer the writ of garnishment as required by law.

Respectfully submitted, this 29th day of October, 2013.

> LUBELL & ROSEN, LLC
> *Attorneys for Plaintiffs*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 755-3425
> Fax: (954) 755-2993
> e-mail:   adi@lubellrosen.com
>               maa@lubellrosen.com
>
> By */s/ Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No.: 35257
>     Marshall A. Adams, Esquire
>     Florida Bar No.: 712426

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 29, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Chris A. Draper, Esq., Becker & Poliakoff, 625 North Flagler Drive, 7th Floor, West Palm Beach, FL 33401.

> /s/ *Adi Amit*
> Adi Amit