UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-62139-CIV-ROSENBAUM/HUNT

WILLIAM OLSON, individually; and MAUREEN OLSON, individually, and as trustee of the James O. Wright Family Trust, dated 9-28-04, Maureen Wright, Trustee;

    Plaintiffs,

v.

LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC., a Florida corporation; CHRISTOPHER ANZALONE, individually; and JEFFREY SCHULER, individually;

    Defendants.
_____/

## CLERK'S DEFAULT

It appearing that the garnishee herein, LIBERTY INTERNATIONAL HOLDING CORPORATION, is/are in default for failure to answer the writ of garnishment served upon it on July 17, 2013, pursuant to the requirements of Fla. Stat. §77.081(1). Default is hereby entered against garnishee, LIBERTY INTERNATIONAL HOLDING CORPORATION, as of course, on this 30th day of October, 2013.

STEVEN M. LARIMORE
CLERK OF COURT

By: _____
Deputy Clerk

Cc: Hon. Robin S. Rosenbaum
     Counsel of record
     Liberty International Holding Corp.